UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

SONYA BARGE &                          )
W. SOLOMON BARGE, JR.                  )        CIVIL ACTION NO.:
                                       )
        Plaintiffs                     )        **1:19-CV-0596**
                                       )
                                       )        In Regard:
v.                                     )        **Bankruptcy** Case no.: 18-53903-wlh
                                       )        Chapter 7
WILMINGTON SAVINGS FUND                )        Filed: March 6, 2018
SOCIETY, FSB, AS TRUSTEE FOR           )        **Clayton County**
UPLAND MORTGAGE LOAN                   )        Superior Court
TRUST A c/o CARRINGTON                 )        Case No.:
MORTGAGE SERVICES, LLC                 )        Magistrate Court No.:2019CMO2027
MERSCORP HOLDINGS, INC. d/b/a)                  **Henry County**
MORTGAGE ELECTRONIC                    )        Superior Court
REGISTRATION SYSTEMS, INC.             )        Case No.:
DITECH FINANCIAL                       )        Magistrate Court
successor by merger to                 )        Case. No.: 2019-587CD
GREENTREE SERVICING, INC.,             )
RESICAP FUND 1, LLC, WRI               )
PROPERTY MANAGEMENT, LLC )
FEDERAL NATIONAL                       )
MORTGAGE ASSOCIATION                   )
RESICAP FUND 1, LLC., WRI              )
PROPERTY MANAGEMENT, LLC. )
                                       )
        Defendants                     )

## COMPLAINT FOR WRIT OF MANDAMUS

### Purpose of this Complaint

The single purpose of the this complaint is to compel the 11th Circuit District

Court of Appeals to hear an appeal of the Plaintiff homeowners who wrongfully

lost title to their homes through wrongful foreclosure although their homes were

under bankruptcy protection. The parties were divorced and Sonya Martin Barge remained in the Henry County property while her ex-husband moved into the Clayton County property. During the period of financial, emotional and legal adjustment Sonya Martin Barge filed for Chapter 7 Bankruptcy protection. The attorney for the Ms. Barge's affirmed the Plaintiffs' mortgages however the banks refused to respond to repeated requests for affirmation and modification from the attorney. The homeowners also contacted the respective banks and the banks refused to modify their loans or accept payment and through the course of deception and a gross abuse of process and fraud the respective banks wrongfully foreclosed on their respective homes before the homeowners' motion to reopen the chapter 7 for cause could be heard on January 17, 2019. At the hearing, the bankruptcy court claimed its hands were tied because of the bank's actions; they foreclosed on the Henry County residence although they were aware the motion to reinstate bankruptcy protection was pending. In addition, the Plaintiffs filed Complaints for wrongful foreclosures which were mishandled out of confusion. Plaintiffs' requests for injunctions were also denied. The homes were sold to innocent purchasers for value and dispossessory proceedings are pending in Clayton County and Henry County Magistrate Courts.

In light of the foregoing, Plaintiffs respectfully ask this honorable court to void, vacate and reverse the foreclosures and command each bank to return title to

these homeowners and begin to accept payment forthwith as the Plaintiffs have been ready willing and able to pay their respective mortgages.

## JURISDICTION

The federal district courts have original and exclusive jurisdiction over all cases arising under the bankruptcy code pursuant to 28 U.S.C. § 1334(a).

## RELIEF SOUGHT

Petitioners W. Solomon Barge, Jr. and Sonya Martin Barge ("Barge") respectfully request that the Court grant this petition for a writ of mandamus and direct the Superior court to (i) promptly rule on Motion to Void, vacate and reverse the foreclosures of the Petitioners residences ("Vacate Foreclosures Motion") and allow the Bankruptcy court to reconsider Barge's Motion to Reinstate Chapter 7 Bankruptcy Protection and Reaffirm both mortgages ("Motion to Reinstate and Reaffirm") and (ii) stay the Clayton County and Henry County magistrate court eviction cases and appeals pending in the respective Superior Courts on the Barge's motions, including any subsequent petition for a writ of mandamus.

## ISSUES PRESENTED

(1) Whether this Court should direct the Bankruptcy court to rule on Barge's motion to reinstate and reaffirm both mortgages to prevent prejudice to Barge and should require the resolution of the motion to void vacate and reverse the wrongful

foreclosures of the petitioner's homes which have been afforded bankruptcy protection before further litigation proceeds on the merits.

(2) Whether this Court should direct the Superior and Magistrate courts of Clayton and Henry County to stay litigation pending final resolution of Barge's pending motions, including disposition of any subsequent petition for a writ of mandamus.

## STATEMENT OF FACTS

Petitioner filed for Chapter 7 bankruptcy protection and clearly communicated her intentions to her attorney that she wanted to keep both homes and begin to pay the respective mortgages. Instead, the banks refused to communicate with the attorney, refused to cooperate with the homeowners and wrongfully foreclosed on each property. The homes were sold to innocent purchasers for value who have filed notices of eviction in Clayton County and Henry County Magistrate Court. Petitioners respectfully ask this court to enjoin the evictions and all related court proceedings, Order the lower courts and the Defendants to stay all proceedings pending completion of the issues before this court. Plaintiffs' legal rights have clearly been denied. Upon completion of the Barges' Chapter 7 Bankruptcy the Defendants had a clear legal duty to reaffirm the Plaintiffs' mortgages instead of refusing to accept monies or modify the mortgages and instead fraudulently foreclosed on the Plaintiffs' properties. The Plaintiffs seek the writ of mandamus as this is the only available adequate remedy. The Barges' have attached copies of

all the bankruptcy proceedings, proof of communications with her attorney that it was her desire to reaffirm the mortgages, complaints, motions and proof that evictions are currently pending in Clayton and Henry County.

## Prayer for Relief

The court should direct the Superior Court to vacate, declare void and reverse each foreclosure and direct the Bankruptcy Court to reinstate Petitioners' bankruptcy protection, order each bank to modify the Barge's mortgages and accept monies from the parties forthwith. Rule 1 of the Federal Rules of Civil Procedure dictates that courts should administer the Federal Rules "to secure the just, speedy, and inexpensive determination of every action and proceeding."

This 5th day of February, 2019

W. Solomon Barge, Jr.
2827 Appaloosa Run
Ellenwood, Georgia   30294

Sonya Martin Barge
1484 Granby Lane
Locust Grove, Georgia   30248

# CERTIFICATE OF SERVICE

I certify that I served a copy of the Petition for Writ of Mandamus with Appendix in Support on February 5, 2019 on each of the following Defendants via first class mail with adequate postage:

Gregory A. Wallach
Attorney for Federal National Mortgage Association
Fifteen Piedmont Center
3575 Piedmont Road NE,
Suite 500
Atlanta, Ga 30305

Burris Law Firm
Lisa Alvelo, Esq.
Attorney for RESICAP FUND 1, LLC.
WRI PROPERTY MANAGEMENT, LLC
2727 Paces Ferry Rd
Bldg: 2 Ste 1770
Atlanta, GA. 30339

This 5th day of February, 2019

W. Solomon Barge, Jr.
2827 Appaloosa Run
Ellenwood, Georgia   30294

Sonya Martin Barge
1484 Granby Lane
Locust Grove, Georgia   30248

 **Fannie Mae**

# Knowing Your Options

## Notice to occupants

This property is now owned by Fannie Mae. This property may be listed for sale at auction within 30 days of posting this notice. Until this property is sold, the real estate agent listed below has been hired to manage this property. Please immediately contact the real estate agent below to discuss options that may be available to you, including the options below.

**IMPORTANT:** Your rights may be affected. You may be protected by the Protecting Tenants at Foreclosure Act of 2009 or other applicable law. If you have questions regarding your rights, you should seek the advice of an attorney – find attorneys in your area at **www.findlegalhelp.org**.

### ⊗ Option 1: Relocate with assistance
You may be eligible for financial assistance/monetary funds to assist with moving.

### ⊗ Option 2: Rent this property
You may be able to start renting or continue renting this property.

If you are interested in either Option, please immediately contact the real estate agent below so Fannie Mae can review your case.

# Conozca sus opciones

## Notificación para ocupantes

Esta propiedad ahora pertenece a Fannie Mae. Esta propiedad podrá ser anunciada y vendida en subasta dentro de los 30 días posteriores a la publicación de este anuncio. El agente de bienes raíces que se menciona a continuación ha sido contratado para que se encargue de la administración de esta propiedad hasta el momento de su venta. Contacte de inmediato al agente de bienes raíces que se menciona a continuación si desea buscar las opciones que pueden estar disponibles para usted, incluidas las que se enumeran abajo.

**IMPORTANTE:** Sus derechos podrán verse afectados. Usted podrá contar con la protección de la Ley de Protección de Arrendatarios en Ejecución Hipotecaria (Protecting Tenants at Foreclosure Act) de 2009 u otras leyes aplicables. Si tiene preguntas sobre sus derechos, debe buscar el asesoramiento de un abogado. Encuentre abogados en su área en **www.findlegalhelp.org**.

### ⊗ Opción 1: Reubicación con asistencia
Es posible que sea elegible para recibir asistencia financiera/fondos monetarios para ayudarle con la mudanza.

### ⊗ Opción 2: Alquiler de esta propiedad
Es posible que pueda empezar a alquilar o continuar alquilando esta propiedad.

Si le interesa alguna de esas opciones, comuníquese de inmediato con el agente de bienes raíces que se menciona a continuación para que Fannie Mae evalúe su caso.

## Agent Contact Information / Información de contacto del agente

| | |
|---|---|
| Name / Nombre: | Christie Arnold |
| Company Name / Nombre de la compañía: | HR Heritage Realty, Inc. |
| Company Address / Dirección de la compañía: | 717 W Solomon Street, Griffin 30223 |
| Office Phone / Teléfono de oficina: | 404-867-9013 |
| Cell Phone / Teléfono celular: | 404-867-9013 |
| E-mail / Correo electrónico: | christie.homes@yahoo.com |
| Date Notice Posted / Fecha de publicación de la notificación: | 1-8-19 |

If you have concerns regarding the agent, please call Fannie Mae at 800-232-6643.

Si tiene inquietudes acerca del agente, comuníquese con Fannie Mae llamando al 800-232-6643.

KYO September 2018 Revised
© 2018 Fannie Mae. Trademarks of Fannie Mae.



 **Gmail**

Sonya Barge <sonyambarge@gmail.com>

## Motion for Relief Hearing
6 messages

**Terri Anderson** <tanderson@flemingbk.com>                    Wed, Jul 25, 2018 at 6:09 PM
To: sonyambarge@gmail.com
Cc: Terri Anderson <tanderson@flemingbk.com>

Hello.

This email to inform you that you will not need to attend the hearing tomorrow as you
have surrendered your home in your chapter 7 filing.

Should have any questions re: the Motion for Relief.

Terri Anderson
Operations Manager/Paralegal
**T. Fleming & Associates, LLC**
**4751 Best Road**
**Suite 180**
**College Park, GA  30337**
**Phone: 770.220.7220**
**Fax: 770.220.7221**
tanderson@flemingbk.com

(**Attention Please:**:  C. Golden & Fleming  is now **T. Fleming & Associates, LLC** .  All correspondence sent to the
tanderson@cgtfbk.com domain ,will continue to be forwarded to our new email domain (for a limited time),
to  **tanderson@flemingbk.com.**  All existing business information is stated above.  Please make the necessary changes
for your communication needs.)

---

**Sonya Barge** <sonyambarge@gmail.com>                    Wed, Jul 25, 2018 at 6:10 PM
To: Terri Anderson <tanderson@flemingbk.com>
Cc: Terri Anderson <tanderson@flemingbk.com>

Greetings Teri,

I am actually having second thoughts on surrendering my home. I would like to reaffirm my home.
[Quoted text hidden]

---

**Sonya Barge** <sonyambarge@gmail.com>                    Wed, Jul 25, 2018 at 6:13 PM
To: mwilliams@flemingbk.com
Bcc: sonyambarge@gmail.com

See below.

Sent from my iPhone

**Sonya M. Barge**
Associate Broker
PalmerHouse Properties
2911 Piedmont Rd. NE
Suite B
Atlanta, GA 30305
**M. 404.660.4111**
E. sonyambarge@gmail.com

W. www.sonyabarge.com

Begin forwarded message:

> **From:** Terri Anderson <tanderson@flemingbk.com>
> **Date:** July 25, 2018 at 6:09:08 PM EDT
> **To:** sonyambarge@gmail.com
> **Cc:** Terri Anderson <tanderson@flemingbk.com>
> **Subject: Motion for Relief Hearing**

[Quoted text hidden]

---

**Terri Anderson** <tanderson@flemingbk.com>                          Wed, Jul 25, 2018 at 6:15 PM
To: Sonya Barge <sonyambarge@gmail.com>
Cc: Terri Anderson <tanderson@flemingbk.com>

please call the office now on my cell phone.  404.980.2811 your vm was full on your cell
phone.

Terri

Terri Anderson
Operations Manager/Paralegal
**T. Fleming & Associates, LLC**
**4751 Best Road**
**Suite 180**
**College Park, GA  30337**
**Phone: 770.220.7220**
**Fax: 770.220.7221**
**tanderson@flemingbk.com**

(**Attention Please**::  C. Golden & Fleming  is now **T. Fleming & Associates, LLC** .  All correspondence sent to the
tanderson@cgtfbk.com domain ,will continue to be forwarded to our new email domain (for a limited time),
to  **tanderson@flemingbk.com.**  All existing business information is stated above.  Please make the necessary changes
for your communication needs.)

[Quoted text hidden]

---

**Sonya Barge** <sonyambarge@gmail.com>                              Wed, Jul 25, 2018 at 6:18 PM
To: Terri Anderson <tanderson@flemingbk.com>
Bcc: sonyambarge@gmail.com

Teri,

I am not in a position to talk for another 15 mins or so. I can give you a call in 15-20 mins.

Sent from my iPhone

Sonya M. Barge
Associate Broker
PalmerHouse Properties
2911 Piedmont Rd. NE
Suite B
Atlanta, GA 30305
**M. 404.660.4111**
E. sonyambarge@gmail.com
W. www.sonyabarge.com

[Quoted text hidden]

---

**Terri Anderson** <tanderson@flemingbk.com>                              Wed, Jul 25, 2018 at 6:23 PM
To: Sonya Barge <sonyambarge@gmail.com>

Sure.  Attorney Fleming needs to speak to you immediately regarding your request.

Terri Anderson
Operations Manager/Paralegal
**T. Fleming & Associates, LLC**
**4751 Best Road**
**Suite 180**
**College Park, GA  30337**
**Phone: 770.220.7220**
**Fax: 770.220.7221**
**tanderson@flemingbk.com**

(**Attention Please**::  *C. Golden & Fleming  is now **T. Fleming & Associates, LLC** .  All correspondence sent to the*
*tanderson@cgtfbk.com domain ,will continue to be forwarded to our new email domain (for a limited time),*
*to  **tanderson@flemingbk.com**.  All existing business information is stated above.  Please make the necessary changes*
*for your communication needs.)*

[Quoted text hidden]

**T. FLEMING**

**& ASSOCIATES, LLC**

*Attorneys at Law*

flemingbk.com
770.220.7220
Serving the Following Counties

Fulton : Dekalb : Clayton : Fayette : Cobb : Gwinnett : Hall : Floyd : Paulding : Douglas : Henry
Rockdale : Cherokee : Newton : Carroll : Coweta : Haralson : Heard : Meriwether : Spalding : Troup

July 30, 2018

**To: Ditech Financial Llc**
**Attn: Bankruptcy Dept.**
**332 Minnesota St Ste 610**
**Saint Paul, MN 55101**

### ATTORNEY CONSENT FOR DEBTOR TO DISCUSS
### LOSS MITIGATION OPTIONS WITH MORTGAGE COMPANY

    **RE: Sonya Barge**
    **Creditor: Ditech Financial Llc**
    **Account Number: 5110052588209**
    **Bankruptcy Case No: 18-53903**

**To Whom It May Concern:**

    In my capacity as counsel for the above-referenced Debtor in the above-referenced bankruptcy case, I hereby authorize **Ditech Financial Llc.**, by its agents, to communicate directly with the Debtor, with such communications restricted to the subject matter of a workout or loss mitigation alternative with respect to the above-referenced account number.

    In authorizing the same, it is understood that **Ditech Financial Llc.** shall not communicate with the Debtor on any other issue that is not outlined above.

CONSENTED To By:

Debtor's Attorney

Printed Name: <u>Talitha S. Fleming</u>

Attorney Bar No: <u>101022</u>

Debtor can be reached at the following number: (404) 660-4111.

# Money Management
INTERNATIONAL

A Nonprofit Community Service Organization | Member of the National Foundation for Credit Counseling | Accredited by the Council on Accreditation

August 1, 2018
RE: Client # 34724585-1

SONYA BARGE
1484 GRANBY LANE
LOCUST GROVE, GA 30248

Dear SONYA BARGE,

Thank you for contacting us about your financial concerns. During your counseling session, we reviewed your current income, living expenses, assets and liabilities to help evaluate your financial situation.

Based on the information that you provided, we have created a customized budget and action plan for you. Enclosed is a copy for your review. It contains the recommendations and options discussed during your counseling session.

Thank you for choosing Money Management International. If your circumstances change or you have additional needs, please contact us at 888.845.5669. Counselors are available 24 hours a day, 7 days a week to assist you.

Sincerely,

Money Management International
Phone: 888.845.5669 | Fax: 888.845.0501

# Financial Action Plan

Based on your budget assessment and the items we discussed in your counseling session, the following is an action plan to help you better manage your finances.

**Causes of Financial Hardship:**
- Divorce/Separation
- Reduced income

**Client Goals:**
- Get finances back on track
- Retain home

**Recommendations:**
- Fannie Mae Flex Modification

**Suggested Action Plan:**
- Contact Ditech and send in the authorization letter.
- Talk to Ditech about applying for the loan modification and confirm how your income would be documented.
- Contact HomeSafe Georgia to determine if and when you could apply for that program.
- Save as much as possible.
- We discussed obtaining W-2 employment if possible because that consistent income would be easier to document.
- If the loan modification and HomeSafe Georgia options are denied, short selling the home would be the remaining option to avoid foreclosure.
- Georgia: Please visit http://www.mkdesktop.com/PDF/GA.pdf to review your state foreclosure timeline.
- Seek additional employment. See www.moneyskills.org for more information.
- Pay your priorities first.
- Gather documents for the Hardship Packet to give to lender - Hardship letter, last 2 years tax returns, last 2 months bank statements, last 2 months pay check stubs
- Respond to all correspondence received from lender
- Keep in contact with mortgage lender every 7-14 days
- Refer to: Information about Fannie Mae loan options - www.knowyouroptions.com
- Refer to: Detailed information about Fannie Mae loan options - www.fanniemae.com
- Refer to: Provides financial assistance to qualified home owners towards the mortgage - HomeSafe Georgia - 877-519-4443 - www.homesafegeorgia.com

# Budget Assessment

Reviewing your expenses is the first step in creating and sticking with a budget. Below is the budget we discussed in your counseling session. It's smart to revisit your budget each month and adjust expenses and income as needed. This will help you determine where your money is going, make smart financial choices, and cut back on unnecessary spending.

| Income | Current 08/01/2018 Average Monthly | Proposed 08/01/2018 Average Monthly | Comments |
|---|---|---|---|
| Net Salary/Wages | | | |
| Monthly Net Wages/Salary | $2,400.00 | $2,400.00 | |
| Monthly Net Wages/Salary | $0.00 | $0.00 | |
| **Net Salary/Wages Total** | **$2,400.00** | **$2,400.00** | |
| Other Income | | | |
| Child Support/Alimony Income | $0.00 | $0.00 | |
| Unemployment Compensation | $0.00 | $0.00 | |
| Military Pension | $0.00 | $0.00 | |
| Company Pension | $0.00 | $0.00 | |
| Social Security Disability | $0.00 | $0.00 | |
| Social Security | $0.00 | $0.00 | |
| Disability | $0.00 | $0.00 | |
| TANF | $0.00 | $0.00 | |
| Other Income (1) | $0.00 | $0.00 | |
| Other Income (2) | $0.00 | $0.00 | |
| Pension/Retirement Income | $0.00 | $0.00 | |
| **Other Income Total** | **$0.00** | **$0.00** | |
| **Total household income** | **$2,400.00** | **$2,400.00** | |
| **Monthly living expenses** | **Total** | **Total** | **Comments** |
| Fixed Expenses | | | |
| Mortgage * | $2,672.00 | $2,672.00 | PITI |
| Rent | $0.00 | $0.00 | |
| 2nd/3rd Mortgage/Land | $0.00 | $0.00 | |
| Homeowner's Insurance | $0.00 | $0.00 | |
| Renter's Insurance | $0.00 | $0.00 | |
| Condo/Association Fees * | $75.00 | $75.00 | |
| Car Payment(s) | $0.00 | $0.00 | |
| Debt payment | $0.00 | $0.00 | |
| Student Loans | $0.00 | $0.00 | |
| Other Fixed Expenses (1) | $0.00 | $0.00 | |
| **Fixed Expenses Total** | **$2,747.00** | **$2,747.00** | |
| Variable Expenses | | | |
| Groceries/Household Supplies | $500.00 | $500.00 | |
| Food Away From Home | $300.00 | $300.00 | |
| Electric | $130.00 | $130.00 | |
| Gas/Oil (Heating) | $50.00 | $50.00 | |
| Water/Trash Collection | $75.00 | $75.00 | $60/$15 |
| Telephone/Cell Phone/Pager | $150.00 | $150.00 | |
| Internet | $150.00 | $150.00 | TV & Internet |
| Gasoline/Public & Other Transportation | $130.00 | $130.00 | $30 week |
| Parking Fees/Tolls | $0.00 | $0.00 | |
| Car Insurance | $87.00 | $87.00 | |
| Clothing/Shoes | $0.00 | $0.00 | |
| Hair/Nails/Beauty Supplies/Personal Care | $100.00 | $100.00 | |
| Laundry/Dry Cleaning | $0.00 | $0.00 | |
| Medication/Glasses | $0.00 | $0.00 | |

# Your Budget Assessment (Continued)

| Variable Expenses | | | |
|---|---|---|---|
| Child Care | $0.00 | $0.00 | |
| Child Support/Alimony Payment | $0.00 | $0.00 | |
| Medical/Life Insurance | $0.00 | $0.00 | |
| Church/Charity | $0.00 | $0.00 | |
| School Tuition | $417.00 | $417.00 | $5,000 year |
| School Tuition | $75.00 | $75.00 | |
| Pet Care | $0.00 | $0.00 | |
| Other Family Expenses | $0.00 | $0.00 | |
| Cable TV/Video Rental | $0.00 | $0.00 | |
| Entertainment/Lessons/Hobbies | $0.00 | $0.00 | |
| **Variable Expenses Total** | **$2,164.00** | **$2,164.00** | |
| Periodic Expenses | | | |
| Holiday Expenses | $0.00 | $0.00 | |
| Home Maintenance/Repairs | $0.00 | $0.00 | |
| Car Maintenance/Repairs | $0.00 | $0.00 | |
| Vehicle Licenses/Inspections | $0.00 | $0.00 | |
| Doctor/Dentist/Orthodontist | $0.00 | $0.00 | |
| Other Periodic Expenses (1) | $0.00 | $0.00 | |
| Non Payroll Deducted Savings | $0.00 | $0.00 | |
| **Periodic Expenses Total** | **$0.00** | **$0.00** | |
| **Total Expenses** | **$4,911.00** | **$4,911.00** | |

*Note: You are responsible for paying the secured and/or unsecured debts indicated by an asterisk (\*). These payments are not included in the revised Debt Management Plan calculations.*

| Budget Summary | | |
|---|---|---|
| | Current | Proposed |
| Total Income | $2,400.00 | $2,400.00 |
| Total Expenses | $4,911.00 | $4,911.00 |
| Net After Expenses | -$2,511.00 | -$2,511.00 |
| Total Debt Payment | $0.00 | $0.00 |
| Surplus/Deficit | -$2,511.00 | -$2,511.00 |
| Surplus/Deficit Percent | -104.62% | -104.62% |

| Balance Sheet | |
|---|---|
| Total Assets | $0 |
| Total Liabilities | $0 |
| Net Worth | $0 |

**Note:** This budget worksheet is a representation of the information shared during your session. Please contact MMI if there are any changes to the information above. MMI will not be held responsible for the continued accuracy of this budget.

# Verbal Agreement of Services

## Housing Counseling Agreement of Services

1. Money Management International, Inc. (MMI) is a nonprofit agency. Today, I will counsel you on your financial options, including housing, and provide you with an action plan. During our counseling session, I may suggest that you consider using other MMI services and offer community or housing referrals. You are under no obligation to learn more about these services and referrals or engage them. If debt management is recommended for you alternative debt management service providers may be found by visiting the National Foundation for Credit Counseling website at www.nfcc.org. Your session will not be affected if you choose not to follow my suggestions.

2. Our counseling services are confidential, but your call may be monitored or recorded to ensure the highest level of quality. Additionally, our services are monitored for compliance and research purposes, and those findings are also kept confidential to protect your privacy. MMI's privacy notice is available on our Web site, which is moneymanagement.org.

3. In order to provide free debt counseling, we accept contributions from the community, including creditors. We may seek a fee for specific housing counseling programs. If you are unable to afford this fee, in accordance with our Fee Waiver policy, you will not be denied services including counseling or a certificate.

4. I am not an attorney and cannot give legal advice. For legal or tax advice, including bankruptcy, you need to contact other professionals.

5. To better understand your financial situation, MMI will obtain an internal credit report that does not appear as a consumer inquiry on your credit record. This credit report will be kept confidential and will only be used for legitimate business purposes under the Fair Credit Reporting Act.

6. If MMI provides you with housing counseling services, we are required to provide some of your individual personal information to the U.S. Department of Housing and Urban Development and other third parties responsible for oversight of MMI's use of federal, state, local and other grants. These organizations will also be allowed to review files for monitoring and compliance purposes, and to conduct follow-up with clients related to program evaluation. The personal data collected is protected by the Privacy Act. These third parties must demonstrate that they have systems in place to protect against wrongful disclosure.

7. As part of our session today we may contact your servicer and provide them with documentation of our counseling session. Despite our best efforts, we cannot guarantee any mortgage outcomes as a result of counseling.

8. By providing us with your mother's maiden name you will authorize us to provide counseling for you.

# Consumer Credit File Rights Information

MMI does not sell credit reports. However, you should know that when reviewing your credit report, something MMI recommends, you have a right to dispute inaccurate information in your report by contacting the credit bureau directly. However, neither you nor any "credit repair" company or "credit repair" organization has the right to have accurate, current, and verifiable information removed from your credit report. The credit bureau must remove accurate, negative information from your report only if it is over seven years old. Bankruptcy information can be reported for 10 years.

You have a right to obtain a copy of your credit report from a credit bureau. You may be charged a reasonable fee. There is no fee, however, if you have been turned down for credit, employment, insurance, or a rental dwelling within the preceding 60 days because of information in your credit report. The credit bureau must provide someone to help you interpret the information in your credit file. You are entitled to receive a free copy of your credit report if you are unemployed and intend to apply for employment in the next 60 days, if you are a recipient of public welfare assistance, or if you have reason to believe that there is inaccurate information in your credit report due to fraud.

You have a right to sue a "credit repair" organization that violates the Credit Repair Organization Act (CROA). This law prohibits deceptive practices by credit repair organizations. As a tax-exempt nonprofit, MMI is exempt from CROA, and, as a matter of practice, MMI does not offer credit repair services. You have the right to cancel your contract with any credit repair organization for any reason within three business days from the date you signed it.

Credit bureaus are required to follow reasonable procedures to ensure that the information they report is accurate. However, mistakes may occur. You may, on your own, notify a credit bureau in writing that you dispute the accuracy of information in your credit file. The credit bureau must then reinvestigate and modify or remove inaccurate or incomplete information. The credit bureau may not charge any fee for this service. Any pertinent information and copies of all documents you have concerning an error should be given to the credit bureau.

If the credit bureau's reinvestigation does not resolve the dispute to your satisfaction, you may send a brief statement to the credit bureau, to be kept in your file, explaining why you think the record is inaccurate. The credit bureau must include a summary of your statement about disputed information with any report it issues about you.

The Federal Trade Commission regulates credit bureaus and credit repair organizations. For more information contact: The Public Reference Branch, Federal Trade Commission, Washington, DC 20580.

# Your Rights and Responsibilities

You have rights and responsibilities when you enter into any kind of contractual agreement, for example a Debt Management Plan (DMP). We are here to help you pay off your debt, with the understanding that you're committed to do your part as well.

## As a client, you have the right

- To receive prompt and appropriate counseling services via telephone or in-person.
- To be treated with dignity and respect in a confidential, professional manner.
- To receive a comprehensive assessment of your financial situation.
- To receive periodic statements of your account activity.
- To have convenient access by phone, automated voice response system, and Web to your creditor account and deposit information maintained by MMI.
- To have your available funds responsibly processed and promptly disbursed.
- To receive quality service from our support team for the duration of your DMP.
- To receive educational materials on relevant financial topics through the MMI website, branch locations, and/or Success newsletter.
- To receive a summary of your rights and responsibilities.
- To review your file in the presence of MMI staff members during regular business hours and to place a statement in your file if you choose.
- To express dissatisfaction through the Problem Resolution Process.
- To discontinue the relationship with our agency at any time, in writing, allowing a 30-day close out period.

## As a client, you need

- To take an active role in your DMP by promptly responding to correspondence, email or calls from MMI and notifying MMI of any creditor correspondence.
- To review all statements sent to you by your creditors and by MMI, and to promptly report problems, fees, and/or discrepancies.
- To work actively with MMI to verify the status of creditor proposals and to resolve any that are rejected.
- To make deposits in full and on time each month using an authorized deposit method.
- To notify MMI promptly if you are not receiving concessions from your creditors.
- To refrain from using credit, without consulting a counselor, until current debts are paid in full.
- To increase the amount of your DMP deposit in order to repay debts in less time.
- To change your due date with your creditors to a date approximately 15 days after your due date with MMI to ensure that your payments are received on time.
- To update MMI with current balances from your creditor statements at least every three months.

# Problem Resolution Process

We are committed to providing you with high-quality, professional services. We understand that, occasionally, problems may arise with your plan, and we are confident that our support team will work with you to resolve these problems. If you are not satisfied with the service provided or if you wish to share a concern with a manager, we ask you to follow these steps:

- **Telephone:** Contact your support counselor first. If you wish to speak to a service manager or director, call 888.845.5669, press Option 0, and ask the company operator to connect you to the manager or director who can assist you with your account. If not available immediately, the manager/director will respond to you within two (2) business days, and will continue to work with you until your issue is resolved.
- **Email:** Send an email to concerns@moneymanagement.org.
- **In Writing:**
  MMI
  Attn: Client Concerns
  14141 Southwest Freeway
  Suite 1000
  Sugar Land, TX 77478-3494

| FACTS | WHAT DOES MONEY MANAGEMENT INTERNATIONAL, INC. (MMI) DO WITH YOUR PERSONAL INFORMATION? | |
|---|---|---|



**Money Management**
I N T E R N A T I O N A L
Improving lives through financial education.

| Why? | Financial organizations choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
|---|---|

| What? | The types of personal information we collect and share depend on the product or service you seek from us. This information can include: |
|---|---|

- Social Security number
- Employment information
- Credit card or other debt information
- Income and expense information

- Asset and liability information, including mortgage information
- Medical debt information
- Credit history and credit scores

When you are *no longer* our client, we continue to share your information as described in this notice.

| How? | All financial organizations need to share their clients' personal information in order to provide the services requested by their clients. In the section below, we list the reasons financial organizations can share their clients' personal information; the reasons MMI chooses to share; and whether you can limit this sharing. |
|---|---|

| Reasons we can share your personal information | Does MMI share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes —** such as to process your transactions, maintain your account(s), and respond to court orders and legal investigations | Yes | No |
| **For our marketing purposes —** to offer our products and services to you | Yes | Yes |
| **For joint marketing with other financial organizations —** organizations that help consumers with financial problems | Yes | Yes |
| **For our affiliates' everyday business purposes —** information about your creditworthiness | Yes | Yes |
| **For our affiliates to market to you** | Yes | Yes |
| **For nonaffiliates to market to you** | Yes* | Yes |

| Questions and how to opt out? | Call toll-free 888.845.5669 or email your request to Privacy@MoneyManagement.org. If you are a new customer, we can begin sharing your information 30 days from the date we sent this notice. When you are no longer our customer, we continue to share your information as described in this notice. However, you can contact us at any time to limit our sharing. |
|---|---|

| Who are we? | |
|---|---|
| **Who is providing this notice?** | This privacy notice is being provided by MMI and its related organizations, Money Management International of Massachusetts and Mapping Your Future. |

## What we do

| | |
|---|---|
| **How does MMI protect my personal information?** | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings.<br>Also, MMI only allows employees, authorized service providers and other parties as required or permitted by law to access your information. |
| **How does MMI collect my personal information?** | We collect your personal information, for example, when you:<br><br>• seek budget and debt counseling, bankruptcy counseling and education, housing counseling services or contact us for other information<br>• give us your contact information<br>• seek advice about your debt, including your mortgage<br><br>• give us your employment and financial information, including information about your income and debts<br>• provide us your mortgage information<br>• request assistance with a lender's loan modification process<br>• provide us information on our web site<br><br>We also may collect your personal information from others, such as credit bureaus, unsecured creditors, mortgage servicers, and other companies. |
| **Why can't I limit all sharing?** | MMI needs this information and the ability to share it so that we can help you. If you were able to limit us fully from sharing this information, we would be unable to offer you the assistance you are requesting from us.<br>Federal law gives you the right to limit only:<br>• sharing for affiliates' everyday business purposes — information about your creditworthiness<br>• affiliates from using your information to market to you<br>• sharing for nonaffiliates to market to you<br>State laws and individual companies may give you additional rights to limit sharing. |
| **What if I hold an account jointly with someone else?** | Your choice will apply to everyone on your account. |

## Definitions

| | |
|---|---|
| **Affiliates** | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br>• *Money Management International of Massachusetts is an affiliate of MMI.*<br>• *Mapping Your Future is an affiliate of MMI.* |
| **Nonaffiliates** | Companies not related by common ownership or control. They can be financial and nonfinancial companies.<br>• *Nonaffiliates we share with can include Homeownership Preservation Foundation.* |
| **Joint marketing** | A formal agreement between nonaffiliated financial companies that together market financial products or services to you.<br>• *Our joint marketing partners may include other nonprofit organizations and trade groups for our service sector.* |

## Other important information

California: In accordance with California law, we will not share information we collect about you with companies outside of MMI, unless the law allows. For example, we may share information with your consent, to service your accounts, or to provide products and services you request. We will limit sharing among our companies to the extent required by California law.

Vermont: In accordance with Vermont law, we will not share information we collect about Vermont residents with companies outside of our corporate family, except as permitted by law, such as with your consent, to service your accounts or to other financial institutions with which we have joint marketing agreements. We may share information about our transactions or experiences with you within our corporate family without your consent.

*Please keep in mind that, as permitted by applicable law, if you enroll in a co-branded service with us and one of our joint financial service providers, we share information about you with that company in connection with maintaining and servicing your account, including for that company to market to you. As permitted by applicable law, our products and services are subject to terms and conditions, which may include authorizations and consents to share information about you with your creditors. Federal law does not give you the right to limit this sharing.

## Home retention Application attached

From: Tony Jean-Louis (TJean-Louis@ulgatl.org)

To: solsonty@yahoo.com

Date: Wednesday, August 1, 2018, 2:56 PM EDT

Ms Barge,

Please go over the checklist to see all the requested documents needed to complete the application for submission to the servicer. Print all the attached files and fill them out manually or on your PC but to sign them you have to print out the forms. If you pay HOA(Homeowner Association) please bring a statement with you. Thanks

NOTE: Please let me know when you receive the application.

*Tony Jean-Louis, HUD-approved &*
*NCHEC- certified foreclosure intervention Counselor*
*Mortgage default/Foreclosure prevention*
*Urban League of Greater Atlanta*
*Housing-Wealth Building & Community Development*
*Peachtree Center, International Tower*
*229 Peachtree St NE, Suite 300*
*Atlanta, GA 30303-1600*
*Ph.:(404) 659-6591/Fax:(404) 497-4061*
*Web site:www.ulgatl.org*

---

 intake forms.updated.pdf
220.5kB

 ULGATL Auth updated.latest.docx
660.7kB

 4506-new.pdf
93.3kB

 thirdpartyauthorization.pdf
439.4kB

 Financial sheet.pdf
61.1kB

 MHA.form.new.pdf
1.5MB

 Check list. Required docs.up.17.docx
34.2kB

 RMA form.pdf
1MB

 Profit and Loss statement-up.docx
12.2kB

**8/7 EMAIL**

 **Gmail**

## Addressing Concerns about my Property - Letter to Trustee Gordon
6 messages

---

**Sonya Barge** <sonyambarge@gmail.com>
To: mwilliams@flemingbk.com, tfleming@flemingbk.com
Cc: Terri Anderson <tanderson@flemingbk.com>, tonyaparham@flemingbk.com
Bcc: Sonya Barge <solsonty@yahoo.com>

Tue, Aug 7, 2018 at 4:34 PM

Greetings Atty Williams & Atty Flemings,

How are you?  I hope this email reaches you well.  I scheduled a phone conference with Atty Williams for tomorrow at 9:30 AM.  I would like to discuss the concerns I have with my property that are addressed in this letter to Trustee Gordon. Ultimately, I have done the research that Mr. Gordon is looking for regarding fallacies in title etc.  There are some errors. I, as the homeowner, would like to address these concerns with the Trustee, in addition to reaffirming my home.  I have changed my mind and do not want to surrender my home.  I humbly ask that you read this letter and we can discuss tomorrow morning.

With Kind Regards,

Sonya M. Barge

---

**4 attachments**

📄 **8_7_2018 Letter to Trustee Neil Gordon.pdf**
61K

📄 **GSCCCA.org - Cancellation - Bk10727 - Pg349.pdf**
139K

📄 **GSCCCA.org - BoA Assignment - Bk 12620 Pg 256.pdf**
180K

📄 **GSCCCA.org - Greentree Servicing Assignment - Bk 12796 Pg 322.pdf**
180K

---

**Talitha Fleming** <tfleming@flemingbk.com>
To: Sonya Barge <sonyambarge@gmail.com>
Cc: Miracle Williams <mwilliams@flemingbk.com>, Terri Anderson <tanderson@flemingbk.com>, tonyaparham@flemingbk.com

Tue, Aug 7, 2018 at 5:33 PM

Ms. Barge

This is Tally Fleming (no s on the end) and I have received your email. This issue s what I discussed on the phone with you that Trustee Gordon has seen something which has made him interested in this case.  This is exactly what I suspected.  A securitization issue.

The problem here is that this would have never adversely affected you in that your intent when reconverting was to surrender the house.  However, in that you have changed your mind, and he shows evidence that the house was not properly transferred ad that the mortgage was satisfied, he is looking at this differently.  As to your wanting to keep the house, a mortgage modification would not help you know in that the trustee is asserting that the servicer of your loan has no interest in your house.  Therefore, he will want to get the house to pay off of your creditors.   I will give him a call and let him know of your intentions, however, you are behind and  that is the biggest issue.\

We will not be available tomorrow to meet in the Ms. Williams has a client in the morning and I will be in court,.  However, we can let you know when  we will be available so that we can further discuss this matter.

Tally Fleming

---

Attorney at Law

**Talitha "Tally" Fleming**
**Managing Attorney**
**T. Fleming & Associates, LLC**

( *Please Note:*: *C. Golden & Fleming is now T. Fleming & Associates, LLC. All correspondence sent to the tfleming@cgtfbk.com domain will continue to be forwarded to our new email domain (for a limited time), our new domain is flemingbk.com.* (**tfleming@flemingbk.com**) *All existing business information is stated below. Please note the address change as well. The Phone and Fax information remain the same. (Please make the necessary changes for your communication needs.)*

**Talitha S. Fleming, Esq.**
**Attorney at Law**
T. Fleming & Associates, LLC
4751 Best Road, Suite 180
Atlanta, Georgia 30337
(770) 220-7220 (Phone)
(770) 220-7221 (Fax)
Email - tfleming@flemingbk.com



Legal Notices:  The information contained in this e-mail message is intended
only for the personal and confidential use of the intended recipient(s). The message may contain attorney-client communications and/or attorney work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivery of it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

[Quoted text hidden]

---

**Sonya Barge** <sonyambarge@gmail.com>                    Tue, Aug 7, 2018 at 5:43 PM
To: Talitha Fleming <tfleming@flemingbk.com>
Cc: Miracle Williams <mwilliams@flemingbk.com>, Terri Anderson <tanderson@flemingbk.com>,
tonyaparham@flemingbk.com
Bcc: sonyambarge@gmail.com

Greetings Atty Fleming,

If his goal is to find the issue so that he can ultimately take my home, then I will need to dismiss my bankruptcy.

I would like to attempt a modification versus having my home taken from me.

Please process a dismissal for me. I would like for this to be completed before the stay is actually lifted.

With Kind Regards,

Sonya M. Barge

Sent from my iPhone

**Sonya M. Barge**
REALTOR
PalmerHouse Properties
2911 Piedmont Rd. NE
Suite B

Atlanta, GA 30305
**M. 404.660.4111**
E. sonyambarge@gmail.com
W. www.sonyabarge.com

[Quoted text hidden]

---

**Talitha Fleming** <tfleming@flemingbk.com>                    Tue, Aug 7, 2018 at 6:25 PM
To: Sonya Barge <sonyambarge@gmail.com>
Cc: Miracle Williams <mwilliams@flemingbk.com>, Terri Anderson <tanderson@flemingbk.com>, Tonya Parham
<tonyaparham@flemingbk.com>

Ms. Barge

You do not have an automatic right of dismissal in a chapter 7. You do in a chapter 13, but not in a chapter 7. Therefore, the trustee, in that he knows now that you may have an unencumbered asset worth over $200,000, will object to any dismissal.

You could have dismissed your chapter 13 as a matter of right, but you need a hearing in front of the Judge in order to dismiss a chapter 7.

The procedure is that you have to make an appointment to sign off on a dismissal . We do not do them without the client signing off acknowledging the ramifications in doing so, if any. Therefore, you will need an appointment.
You can call Ms. Thomas in the morning and set an appointment. She will give you the available dates and times and you can choose from there. The bankruptcy request to dismiss must be noticed out for 30 days so the hearing is not going to come up until mid to late September. In addition, it does not matter that the stay is lifted or not. A dismissal and a Motion for Relief of Stay do the same thing. They both take the Creditor out of bankruptcy.

Lastly, the #1 reason why someone is not allowed to dismiss a chapter 7 is because their no asset case is turned into an asset case, which is exactly what your case is doing. This is the #1 reason for denials.

Finally, Voluntary requests to Dismiss your bankruptcy case is $400.00. That will need to be paid prior to the dismissal being drafted and filed. We do not do any type of payment plans as to Requests to Voluntarily Dismiss.

Just call the office and Wanda will assist you with an appointment. At this same appointment we can answer any questions you may have as to the letters sent by Trustee Gordon.

Tally Fleming


Talitha "Tally" Fleming
Managing Attorney
T. Fleming & Associates, LLC

( **Please Note:**: C. Golden & Fleming is now T. Fleming & Associates, LLC. All correspondence sent to the tfleming@cgtfbk.com domain will continue to be forwarded to our new email domain (for a limited time), our new domain is flemingbk.com. **(tfleming@flemingbk.com)** All existing business information is stated below. **Please note the address change as well.** The Phone and Fax information remain the same. (Please make the necessary changes for your communication needs.)

**Talitha S. Fleming, Esq.**
**Attorney at Law**
T. Fleming & Associates, LLC
4751 Best Road, Suite 180
Atlanta, Georgia 30337
(770) 220-7220 (Phone)
(770) 220-7221 (Fax)
Email - tfleming@flemingbk.com



*Application Submitted to Home Safe GA*

Sonya Barge <sonyambarge@gmail.com>

---

## Successful transmission to 14046790605. Re: Home Safe Georgia
1 message

**NoReply@metrofax.com** <NoReply@metrofax.com>       Mon, Aug 13, 2018 at 1:30 PM
To: sonyambarge@gmail.com

The fax you sent through MyFax to 14046790605 was successfully transmitted.



Hi Sonya,            **Re: Home Safe Georgia**

The fax you sent through MetroFax to 14046790605 was successfully transmitted.

### Fax Details

| | |
|---|---|
| **Date:** | 2018-08-13 17:30:08 (GMT) |
| **Number of Pages:** | 57 |
| **Length of Transmission:** | 2986 seconds |
| **Receiving Machine Fax ID:** | Fax Server |

If you have any questions, please call us at (888) 321-3121 ext. 2 or visit our online help center at https://www.metrofax.com/support.

Thank you for using the MetroFax service.

Sincerely,
The MetroFax Team

     

© 2018 j2 Global, Inc. and affiliates. All rights reserved.
MetroFax is a registered trademark of j2 Global, Inc. and affiliates.
6922 Hollywood Blvd., Los Angeles, CA 90028

Your use of the MetroFax service is subject to the terms of the MetroFax Customer Agreement.

 Gmail

*Confirmation of Loan Mod App Submittal*

**Sonya Barge <sonyambarge@gmail.com>**

---

## Successful transmission to 18776122422. Re: Loan Modification Application
1 message

---

**NoReply@metrofax.com** <NoReply@metrofax.com>
To: sonyambarge@gmail.com

Wed, Aug 15, 2018 at 4:06 PM

---

The fax you sent through MyFax to 18776122422 was successfully transmitted

 **metrofax**

Hi Sonya,                             **Re: Loan Modification Application**

The fax you sent through MetroFax to 18776122422 was successfully transmitted.

### Fax Details

| | |
|---|---|
| **Reference Id:** | 08152018 |
| **Date:** | 2018-08-15 20:06:58 (GMT) |
| **Number of Pages:** | 140 |
| **Length of Transmission:** | 10269 seconds |

If you have any questions, please call us at (888) 321-3121 ext. 2 or visit our online help center at https://www.metrofax.com/support.

Thank you for using the MetroFax service.

Sincerely,
The MetroFax Team

  **eVoice**  **FuseMail**  **campaigner**  **KeepItSafe**  **onebox**

© 2018 j2 Global, Inc. and affiliates. All rights reserved.
MetroFax is a registered trademark of j2 Global, Inc. and affiliates.
6922 Hollywood Blvd., Los Angeles, CA 90028

Your use of the MetroFax service is subject to the terms of the MetroFax Customer Agreement.

**8/28 EMAIL**

 Gmail

**Sonya Barge <sonyambarge@gmail.com>**

---

## Letter from RAS Crane - Notice of Hearing
3 messages

---

**Sonya Barge** <sonyambarge@gmail.com>          Tue, Aug 28, 2018 at 2:26 PM
To: Miracle Williams <mwilliams@flemingbk.com>

Atty Williams,

I received the following letter from RAS Crane today. Its regarding lifting a stay and a hearing is scheduled for September 27th. Can you tell me what does this mean please?

With Kind Regards,

Sonya M. Barge

---

   **8_28_2018 RAS Crane Letter - Contested Matter.pdf**
6073K

---

**Miracle Williams** <mwilliams@flemingbk.com>      Wed, Aug 29, 2018 at 11:36 AM
To: Sonya Barge <sonyambarge@gmail.com>, Terri Anderson <tanderson@flemingbk.com>, Talitha Fleming
<tfleming@flemingbk.com>

Good Morning Ms. Barge

The document you attached is a Motion for Relief from Stay regarding your home that is to be surrendered in your Chapter 7 Bankruptcy Case. As Attorney Fleming explained with the previous MFR, there is no defense to the Motion when you are surrendering your home as the Motion is asking the Court's permission to have the home removed from the Bankruptcy. It also asks for a waiver of the 14 day comfort period which we will not agree to. Lastly it requests permission to reach out to you, directly, with regard to Loss Mitigation options which may include a loan modification.

I know that the last time we spoke you notified me that you were opting for a Voluntary Dismissal of your case, but it is my understanding that you have changed your mind to this regard and you are now contemplating completing your Financial Management Course in order to get a discharge of your Chapter 7.

Although I was in Court on yesterday, I am in the office today if you have any remaining questions or concerns. If I am with a client at the time of your call, you can feel free to leave a message or speak with paralegal, Ms. Terri Anderson, who is also familiar with your case.

Best Regards

### iracle A. Williams
**Associate Attorney**

 T. FLEMING
& ASSOCIATES, LLC
*Bankruptcy Attorneys*

**4751 Best Road, Suite 180**
"Waterstone" Business Complex
Atlanta, GA 30337
Office: 770-220-7220
Fax: 770-220-7221

(*Attention Please*:: *C. Golden & Fleming* is now *T. Fleming & Associates, LLC* and *WE HAVE RE-LOCATED OUR OFFICES*. All existing business information is shown above. All correspondence sent to the *mwilliams@cgtfbk.com* domain

*,will continue to be forwarded to our new email domain (for a limited time), to* **mwilliams@flemingbk.com.** *Please make the necessary changes for your communication needs.)*

**Legal Notices:** The information contained in this e-mail message is intended
only for the personal and confidential use of the intended recipient(s). The message may contain attorney-client
communications and/or attorney work product and as such is privileged and confidential. If the reader of this message is not
the intended recipient or an agent responsible for delivery of it to the intended recipient, you are hereby notified that you
have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly
prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original
message.

[Quoted text hidden]

---

**Sonya Barge** <sonyambarge@gmail.com>                                    Wed, Aug 29, 2018 at 11:50 AM
To: Miracle Williams <mwilliams@flemingbk.com>

Greetings Atty Williams,

Thank you for your response. I have some additional question. I thought the stay was lifted back in August? I thought
Atty Fleming appeared in court regarding the lift. If I understand correctly, Trustee Gordon did not appear at this particular
hearing. Is this something different? Next, as I had explained to Atty Fleming, I no longer want to surrender my home. I
have changed my mind regarding this decision. As I explained before, the amount of money it will cost to move and pay
rent, I might as well pursue a loan modification. The last time we met, Atty Fleming gave me a letter giving the mortgage
company permission to speak with me. I did forward this letter to the mortgage company. Plus, I have initiated the loan
modification process with the mortgage company. I am just waiting on a response from them.

I would like to discuss my case with you further this afternoon. I will give you a call sometime after 2 PM.

With Kind Regards,

Sonya M. Barge
[Quoted text hidden]

 **Gmail**

*VM Confirmation from DiTech*

Sonya Barge <sonyambarge@gmail.com>

---

## Sonya Barge forwarded you a voicemail from DITECH at (480) 383-2004
1 message

---

**Sonya Barge** <voicemail@youmail.com>          Thu, Jan 17, 2019 at 5:17 AM
Reply-To: solsonty@yahoo.com
To: sonyambarge@gmail.com

       

## Sonya Barge forwarded you this voicemail
Tue Oct 30, 2018 at 4:40 PM EDT

> " Here is the message from DiTech. "

[ Play Message ]

[ Block Caller ]



**DITECH**
(480) 383-2004
View more caller info
called Sonya Barge:
(404) 660-4111
8 seconds

Share: [f] [t]

Add New Contact

### What they said:

> This is Sherry Matthew with dye(?) Tech. Please call 1-800-643-0202.

Help

  

This email was sent by YouMail. Want to disable all voicemail or call alerts from us? Unsubscribe here.

43 Corporate Park, Suite 200, Irvine, CA 92606 US
YouMail respects your privacy. Please review our Privacy Policy and Terms of Use.

 **Gmail**                                                    **Sonya Barge <sonyambarge@gmail.com>**

---

## Successful transmission to 17703579660. Re: Additional Documents for Home Safe GA

1 message

---

**NoReply@metrofax.com** <NoReply@metrofax.com>                    Tue, Oct 9, 2018 at 11:59 AM
To: sonyambarge@gmail.com

The fax you sent through MyFax to 17703579660 was successfully transmitted.



Hi Sonya,                              **Re: Additional Documents for Home Safe GA**

The fax you sent through MetroFax to 17703579660 was successfully transmitted.

| Fax Details | |
| --- | --- |
| **Date:** | 2018-10-09 15:59:09 (GMT) |
| **Number of Pages:** | 23 |
| **Length of Transmission:** | 1776 seconds |
| **Receiving Machine Fax ID:** | lockhart_kiara |

If you have any questions, please call us at (888) 321-3121 ext. 2 or visit our online help center at https://www.metrofax.com/support.

Thank you for using the MetroFax service.

Sincerely,
The MetroFax Team

  **eVoice**  **FuseMail**  **campaigner**  **KeepItSafe**  **onebox**

© 2018 j2 Global, Inc. and affiliates. All rights reserved.
MetroFax is a registered trademark of j2 Global, Inc. and affiliates.
6922 Hollywood Blvd., Los Angeles, CA 90028

Your use of the MetroFax service is subject to the terms of the MetroFax Customer Agreement.

# ^_Ditech^_

From:   DoNotReply (DoNotReply@ditech.com)

To:      solsonty@yahoo.com

Date:   Wednesday, October 31, 2018, 11:18 AM EDT

[Click here] to upload files.



Ditech Financial LLC
P.O. Box 6172
Rapid City, SD 57709-6172
Phone: 1-800-643-0202
www.ditech.com

November 6, 2018

SONYA BARGE
1484 GRANBY LN
LOCUST GROVE, GA 30248-7097

Re:    Ditech Financial LLC, ("Ditech")

Account Number:  0052588209
Property Address:  **1484 GRANBY LN**
              **LOCUST GROVE, GA 30248-0000**

**IF YOU ARE IN BANKRUPTCY OR IF YOUR OBLIGATION TO REPAY THIS ACCOUNT WAS DISCHARGED IN BANKRUPTCY, THIS NOTICE IS INFORMATIONAL ONLY. IT IS NOT AN ATTEMPT TO COLLECT THE DEBT. YOU MAY DISREGARD INFORMATION PERTAINING TO PAYMENT REMITTANCE. YOU ARE NOT OBLIGATED TO MAKE PAYMENTS AND ANY AMOUNT(S) YOU DO PAY DITECH IS AT YOUR DISCRETION.**

Dear SONYA BARGE:

Thank you for contacting us about your mortgage. You were evaluated for mortgage payment assistance based upon the eligibility requirements of Fannie Mae, the owner of your mortgage account. Based on a careful review of the information you provided to us, you are not eligible for modification assistance due to the following reason(s):
You did not reaffirm the debt through the Bankruptcy.

It is your responsibility to contact Ditech to discuss your above-referenced account. If you wish to explore your options or have any other questions, please contact your account representative. Your assigned account representative is CHERIE M at 1-800-643-0202, extension 31818.

Our credit decision may have been based in part upon information obtained in a report from the below-referenced consumer reporting agency listed. You have the right under the Fair Credit Reporting Act to obtain a free copy of your credit report. You must request your free copy within 60 days of the date of this letter. You also have the right to dispute the information contained in your credit report with the credit reporting agency. The credit reporting agency did not make the decision regarding your ineligibility and is not able to provide you with specific reasons as to why you are not eligible for a modification.

Credit Reporting Agency:          Trans Union Consumer Solutions

---

0052588209
GSE Mod Denial

PBK

5/15/2017
LTR-1020

20181110618.3.0.2108-J20150825Y



| | |
|---|---|
| Reporting Agency Address: | P.O. Box 2000, Chester, PA 19022-2000 |
| Toll Free Number: | 1-800-916-8800 |
| Web Address: | http://annualcreditreport.transunion.com/entry/disputeonline |

We also obtained your credit score from this consumer reporting agency and used it in making our credit decision. Your credit score is a number that reflects the information in your consumer report. Your credit score can change, depending on how the information in your consumer report changes.

Your credit score: 481

Date: 08/17/2018

Scores range from a low of 300 to a high of 850.

Key factors that adversely affected your credit score:

SERIOUS DELINQUENCY, AND PUBLIC RECORD OR COLLECTION FILED
TOO FEW ACCOUNTS CURRENTLY PAID AS AGREED
LACK OF RECENT REVOLVING ACCOUNT INFORMATION
NO RECENT NON-MORTGAGE BALANCE INFORMATION
Inquiries impacted the credit score

If you have any questions regarding your credit score, you should contact Trans Union Consumer Solutions at:

| | |
|---|---|
| Address: | P.O. Box 2000, Chester, PA 19022-2000 |
| Telephone number: | 1-800-916-8800 |

Fannie Mae does not service your account. It is important that your monthly payments and all correspondence and inquiries concerning your mortgage be sent directly to Ditech and not to Fannie Mae. In the event you find it necessary to contact Fannie Mae, you may write to Fannie Mae at the following address:

Fannie Mae<br>
3900 Wisconsin Avenue, NW<br>
Washington, DC 20016-2892

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal agency that administers compliance with this law concerning this creditor is the Federal Trade Commission, which can be contacted at:

Federal Trade Commission<br>
Equal Credit Opportunity<br>
Washington, DC 20580

Counseling is available at no charge from HUD-approved counselors through the HOPE Hotline: 1-888-995-HOPE. This housing counseling on-demand service is available 24-hours a day/7-days a week in Spanish and English (other languages available on request). You may also visit http://www.hud.gov/offices/hsg/sfh/hcc/fc/.

0052588209
GSE Mod Denial

PBK

5/15/2017
LTR-1020

20181106183.0.2108-J20150825Y



If you have concerns about the evaluation of your mortgage for loss mitigation alternatives, then please contact CHERIE M at 1-800-643-0202, extension 31818; Ditech has designated the following address where mortgage loan customers must send any Qualified Written Request, Notice of Error or Request for Information: PO Box 6176, Rapid City, SD 57709-6176.

Sincerely,

Ditech
1-800-643-0202
Monday - Friday 7 a.m. to 8 p.m., Saturday 7 a.m. to 1 p.m. CST

0052588209
GSE Mod Denial

PBK

20181106183.0.2108-J20150825Y

5/15/2017
LTR-1020





**Ditech Financial LLC**
2100 East Elliot Road, Bldg 94
Tempe, AZ 85284

PHOENIX
AZ 852
08 NOV '18
PM 8 L



neopost
11/08/2018
US POSTAGE $001.00

FIRST-CLASS MAIL

ZIP 85284
041M12251166

Sonya Barge
1484 Granby Ln
Locust Grove, GA 30248-7097

30248-709784



**Sonya Barge <sonyambarge@gmail.com>**

---

## Successful transmission to 18776122422. Re: Certificate of Service
1 message

---

**NoReply@metrofax.com** <NoReply@metrofax.com>       Sat, Dec 15, 2018 at 7:38 AM
To: sonyambarge@gmail.com

---



Hello Sonya,

Your fax was successfully sent to 18776122422 by MetroFax.

### Fax Details

**Date:** 2018-12-15 12:38:22 (GMT)
**Number of Pages:** 13
**Length of Transmission:** 814 seconds

If you have any questions, please visit our online help center.

Thank you for choosing MetroFax.

Sincerely,
The MetroFax Team

**Special Offer:** Too busy to handle all your business calls? Let eVoice answer, manage and route your phone calls, 24/7. Try it free for one month!

Home | Features | Mobile App | Support

---

     

© 2018 j2 Global, Inc. and affiliates. All rights reserved.
MetroFax is a registered trademark of j2 Global, Inc. and affiliates.
6922 Hollywood Blvd., Los Angeles, CA 90028

This account is subject to the terms listed in the MetroFax Customer Agreement.

 **Gmail**

**Sonya Barge <sonyambarge@gmail.com>**

---

## Successful transmission to 14043931425. Re: Certificate of Service
1 message

---

**NoReply@metrofax.com** <NoReply@metrofax.com>        Sat, Dec 15, 2018 at 8:06 AM
To: sonyambarge@gmail.com



Hello Sonya,

Your fax was successfully sent to 14043931425 by MetroFax.

### Fax Details

**Date:** 2018-12-15 13:06:11 (GMT)
**Number of Pages:** 13
**Length of Transmission:** 431 seconds
**Receiving Machine Fax ID:** 14043931425

If you have any questions, please visit our online help center.

Thank you for choosing MetroFax.

Sincerely,
The MetroFax Team

**Special Offer:** Too busy to handle all your business calls? Let eVoice answer, manage and route your phone calls, 24/7. Try it free for one month!

Home | Features | Mobile App | Support

---

     

© 2018 j2 Global, Inc. and affiliates. All rights reserved.
MetroFax is a registered trademark of j2 Global, Inc. and affiliates.
6922 Hollywood Blvd., Los Angeles, CA 90028

This account is subject to the terms listed in the MetroFax Customer Agreement.

 **Gmail**                    **Sonya Barge <sonyambarge@gmail.com>**

## Your Bankruptcy Case no: 18-53903

3 messages

**Talitha Fleming** <tfleming@flemingbk.com>              Tue, Dec 25, 2018 at 9:15 PM
To: Sonya Barge <sonyambarge@gmail.com>
Cc: Miracle Williams <mwilliams@flemingbk.com>, Janice Williams <jwilliams@flemingbk.com>

Hello Ms. Barge:

This is Tally Fleming, your attorney of record as to your chapter 13/7 case.  I understood that you wanted to reopen your chapter 7 so as to file a reaffirmation agreement with your mortgage company that you were unable  to file prior to the discharge in that you were underemployed.

You had an appointment to reopen the case with our office and then cancelled the appointment stating that you had to work.  However, then you went to the court and filed what you believed to be a pro se motion to reopen your case.

Well, bankruptcy is somewhat compacted even for attorneys who are licensed to practice law but is not familiar in the area of bankruptcy.  For a Debtor to attempt to file a bankruptcy without the assistance of counsel, it is very difficult  to remain in the confines of what the code requires.  Therefore, I would like to bring  to your attention a few issues with the Motion you filed.

1.  Even when you file a pro se motion, the attorney of records still remains as your counsel  regardless of if you file the motion pro se.  If you had an attorney of record at the time the case was discharged, reopening the case does not remove the attorney and the court is very clear that you have to either dismiss your attorney of record or the attorney of record must file a formal withdrawal from the case. Since you filed the Motion Pro Se it is our understanding that you want to represent yourself. So what we will  need is a letter stating that you would like to dismiss your current attorney of record and proceed with the case without counsel.  Upon recieivingsaid notice, we will then file the appropriate motion with the court and the Judge will set it for hearing and remove us as counsel.

If you do not submit the notice, then we will have to send you a letter stating that we will withdraw our appearance in your case, but we have to wait ten (10) days after we send the letter to file the motion to be removed.  It  would have to be set for hearing and the Judge would have to approve us removing ourselves from tour case.

2.  You did not file the Motion correctly which lead to us being noticed in  that we got the deficiency notice over ECF (electronic bankruptcy noticing system).  As I stated, bankruptcy can be a little complicated and you are held to the same standards as if you were an attorney filing the same motion.  In that you did not file the motion properly, the case got a deficiency and therefore it is as if you never filed the Motion to Reopen  in that the deficiency was not cured  in the allotted time.  The deficiency would need to be cured prior to the Motion being heard or granted by the court.  However, it looks like the case was set for hearing whereas a Motion to Reopen is generally not set for hearing and I believe that it was done so in that you did not follow proper procedure in filing the motion.  If we are not removed as counsel by you submitting to us a letter to accompany our motion to withdraw, or if we have to file the motion on our own after the 10 days, if we are not removed, we will be in attendance at the hearing to request that the judge allow us to be removed.

3.  The final issue that I want to bring to your attention is that in reopening your case to file a reaffirmation agreement, the code states that your attorney has to sign off on the reaffirmation agreement asserting that they feel that you can afford to reaffirm the debt.  If you are not represented by an attorney, or the attorney will not sign off on the reaffirmation agreement because they do not feel that reaffirming the debt is in  your best interest,  then the reaffirmation is set for hearing and you will have to convince the judge that reaffirming the debt is in your best interest and that you can afford the debt you are attempting to reaffirm.

All these are current issues in your case.  Please let this be your notice that we do intend to file a Motion to Withdraw if you do not send us the requisite notice stating that you want to proceed pro se and dismiss us as counsel.  The clerks office  still has our firm listed as attorney of record.

As stated above, your Motion is deficient so your discharge is still in effect.  I am assuming that the Judge will let you know that at the hearing set for next month so that you can correct the deficiency.  I believed that you realized that this is not as easy as you expected based upon us appearing in the case after the case was filed in your previous instance. Again, although not an attorney, you are held to the same standard.  Filing a Pro Se motion, after you have had representation in an effort to circumvent the fee leads to the same issues in which you are now dealing with.

Please contact us if you have any questions.  We will be looking for that notice so we can file it with the court.

Talitha "Tally" Fleming
Managing Attorney
T. Fleming & Associates, LLC

( ***Please Note:***: *As of Monday October 1, 2018, our Domain under cgtfbk.com has expired and we are operating solely under the domain Flemingbk.com. This being said, please make sure that your email contacts for our firm has the correct domain listed or the emails will no longer reach the recipient.   For example, all of **MY** emails should read Tfleming@flemingbk,com.  If you have any questions, please do not hesitate to give us a call. For your convenience, our contact information is listed below. Please make the necessary changes for your communication needs.*)

**Talitha S. Fleming, Esq.**
**Attorney at Law**
T. Fleming & Associates, LLC
4751 Best Road, Suite 180
Atlanta, Georgia 30337
(770) 220-7220 (Phone)
(770) 220-7221 (Fax)
Email - tfleming@flemingbk.com



Legal Notices:  The information contained in this e-mail message is intended only for the personal and confidential use of the intended recipient(s). The message may contain attorney-client communications and/or attorney work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivery of it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**Sonya Barge** <sonyambarge@gmail.com>                          Tue, Dec 25, 2018 at 9:24 PM
To: Talitha Fleming <tfleming@flemingbk.com>
Cc: Janice Williams <jwilliams@flemingbk.com>, Miracle Williams <mwilliams@flemingbk.com>

Greetings Atty Fleming,

Are you in the office this week?
[Quoted text hidden]

---

**Talitha Fleming** <tfleming@flemingbk.com>                          Tue, Dec 25, 2018 at 9:52 PM
To: Sonya Barge <sonyambarge@gmail.com>

By appointment only.

Talitha "Tally" Fleming
Managing Attorney
T. Fleming & Associates, LLC

( ***Please Note:***: *As of Monday October 1, 2018, our Domain under cgtfbk.com has expired and we are operating solely under the domain Flemingbk.com. This being said, please make sure that your email contacts for our firm has the correct domain listed or the emails will no longer reach the recipient.   For example, all of **MY** emails should read Tfleming@flemingbk,com.  If you have any questions, please do not hesitate to give us a call. For your convenience, our contact information is listed below. Please make the necessary changes for your communication needs.*)

**Talitha S. Fleming, Esq.**

**Attorney at Law**
T. Fleming & Associates, LLC
4751 Best Road, Suite 180
Atlanta, Georgia 30337
(770) 220-7220 (Phone)
(770) 220-7221 (Fax)
Email - tfleming@flemingbk.com



Legal Notices:  The information contained in this e-mail message is intended
only for the personal and confidential use of the intended recipient(s). The message may contain attorney-client
communications and/or attorney work product and as such is privileged and confidential. If the reader of this message is
not the intended recipient or an agent responsible for delivery of it to the intended recipient, you are hereby notified that
you have received this document in error and that any review, dissemination, distribution, or copying of this message is
strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the
original message.

[Quoted text hidden]

**Timeline:**

1. **7/25/2018** – Had a long conversation on the phone with Atty Fleming expressing second thoughts about lifting the stay on my home and surrendering my home. Explained to her the cost to move was the same as trying to modify my home.

2. **7/26/2018** – Stay was lifted.

3. **7/30/2018** – Met with Atty Fleming and Atty Williams – Discussed the scenarios of the Trustee's action and the loan modification process. Provided me with a letter for the mortgage company to talk to me.

4. **8/1/2018** – Spoke with Urban League and Money Management International for housing counseling.

5. **8/7/2018** – Sent an email to Attys expressing that I wanted to reaffirm my home.

6. **8/13/2018** – Sent an application to HomeSafe of GA program for mortgage assistance.

7. **8/17/2018** – Sent an application to DiTech Financial seeking a loan modification

8. **8/28/2018** – Sent another email to Atty expressing that I wanted to reaffirm my home.

9. **9/25/2018** – Bankruptcy Discharged

10. **10/30/2018** – Received a VM from Sherry Matthews of DiTech Financial requesting I return the call.

11. **10/31/2018** – Sherry Matthews and I spoke. She acknowledging DiTech received my loan modification and needed additional documents. She sent me a link to upload the additional files.

12. **10/31/2018** – I uploaded the additional files.

13. **11/16/2018** – Received a letter from DiTech Financial that my loan modification was denied because my home was not affirmed.

14. **On or around 11/19/2018** – Called DiTech Financial and spoke with Hector. He gave me three options.

15. **12/14/2018** – Filed a motion with Bankruptcy court respectfully requesting the case be reopened and my home reaffirmed.

16. **12/15/2018** – Faxed and mailed the motion to Trustee Neil Gordon and DiTech Financial & RAS Crane regarding my Motion.

17. **12/21/2018** – Received notice that the Motion Hearing was scheduled for 1/17/2019 @ 10:30 AM.

18. **12/25/2018** – Received an email from Atty Fleming

19. **12/28/2018** – Called RAS Crane inquiring about the upcoming foreclosure when there is a hearing scheduled with the bankruptcy court on 1/17/2019.

20. **12/31/2018** – Fixed the deficiency with my Motion

21. **1/3/2019** – Home foreclosed.

22. **1/17/2019** – Motion Hearing.



**February 24**, it would be $2000. You would just remove all of your personal property, any trash and debris in and around the house, and leave the house in broom swept condition. Let me know what you think of this.Thank you, Christie Arnold. Heritage Realty, Inc.

iMessage

With Kind Regards,

So ya M. Barge

---

**Talitha Fleming** <tfleming@flemingbk.com>                          Sat, Jan 19, 2019 at 12:02 PM
To: Sonya Barge <sonyambarge@gmail.com>

Ms. Barge:

First, I wanted to let you know I have attached a copy of the Order that was issued by the judge With regards o the hearing. If you have questions, please do not hesitate to give me a call.

As far as your email, we do bankruptcy. That is all. We do not negotiate agreements with third parties regarding workout plans as far as foreclosed property. However, you can request that from them, but to be honest, I do not think that they will agree. The good thing is that they are willing to give you another month or so in the house and is willing to do cash for keys. That generally means that they do not want to incur the additional expense of having you evicted from the property.

There are some times when I am willing to go hat extra mile and assist you with a non bankruptcy matter, however, I think of your intent at the hearing and you were literally trying to blame everyone for why you lost your home. You did not disclose information that was pertinent to your case and you implied that we did not do our job in getting your mortgage reaffirmed in your chapter 7 bankruptcy despite the fact that it was your mortgage company that was not interested in reaffirming the debt.

February 5, you would receive
$3000 and if you leave by

Communication is key. I think that the Judge explained to you, like I attempted to, that he mortgage company will say things to you that are not true. I told you over and over that this was what they were going to do. Now, you have lost your house over $200 which is the "exurbanite fees" that you conveyed to the judge that we told us you charged to reopen a discharged chapter 7 ($460.00 total because the bankruptcy court charges the $260.00).

I am sorry, but we cannot help you at this time. I am so sorry that your house was foreclosed, and I wish I would have known and I could have done something about it. However, because you failed to provide us with the information, information we did not receive from the Mortgage Company because the case was discharge, you are not in a very good position as to negotiating with the Fannie Mae. As a suggestion, you need to look at whatever you had in place when you came to us stating that you wanted to reconvert your case to a chapter 7 and surrender your house.

Talitha "Tally" Fleming
Managing Attorney
T. Fleming & Associates, LLC

( **Please Note:**: *As of Monday October 1, 2018, our Domain under cgtfbk.com has expired and we are operating solely under the domain Flemingbk.com. This being said, please make sure that your email contacts for our firm has the correct domain listed or the emails will no longer reach the recipient. For example, all of **MY** emails should read Tfleming@flemingbk,com. If you have any questions, please do not hesitate to give us a call. For your convenience, our contact information is listed below. Please make the necessary changes for your communication needs.*)

**Talitha S. Fleming, Esq.**
**Attorney at Law**
T. Fleming & Associates, LLC
4751 Best Road, Suite 180
Atlanta, Georgia 30337
(770) 220-7220 (Phone)
(770) 220-7221 (Fax)
Email - tfleming@flemingbk.com



Legal Notices: The information contained in this e-mail message is intended
only for the personal and confidential use of the intended recipient(s). The message may contain attorney-client communications and/or attorney work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivery of it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

[Quoted text hidden]

 **Order Denying Debtor's Pro Se Motion to Reopen.pdf**
53K

---

**Sonya Barge** <sonyambarge@gmail.com>           Tue, Jan 22, 2019 at 10:30 AM
To: Talitha Fleming <tfleming@flemingbk.com>

Greetings Atty Fleming,

Thank you for sending over the order from the judge. I read your email and wanted to clarify a couple of things. First, I truly believe 'perception is reality'.

My intent in the hearing, and all along, was to save my home...period. I expressed that to both you and Atty Williams from day one. Particularly, I expressed to Atty Williams that my child was graduating from high school and I wanted to keep everything status quo until she graduated. I was not blaming anyone for why I lost my home. I promise you, I am very aware of how and why I lost my home. I live this reality every day.

Secondly, you are absolutely correct...communication is key. It is also a two-way street. As I mentioned in court, that was the first time I heard that the mortgage company did not respond to your attempts to reaffirm my mortgage. I was actually shocked when you said it in court. In my humble opinion, disclosing that piece of information would have been helpful to me. It would have been helpful, if for no other reason, than, I might not have put so much trust in what the mortgage company led me to believe what was possible if I pursued their recommended path.

Finally, your perception that I implied you did not do your job or that I conveyed to the judge about "exurbanite fees" is not correct. I only said what I believed to be true. As I explained to you afterwards, I was told by your staff I had to have the money upfront before the motion would be filed...period. If you took offence to what I said, then I apologize. At this point, it's useless to squabble over intent and perception because it's not going to change anything.

Thank you for your recommendations mentioned above, I will govern myself accordingly. I wish nothing but continued success to you and your firm.

Take Care and Be Blessed.

With Kind Regards,

Sonya M. Barge
[Quoted text hidden]

---

**Talitha Fleming** <tfleming@flemingbk.com>                                    Fri, Jan 25, 2019 at 4:33 PM
To: Sonya Barge <sonyambarge@gmail.com>

Ms. Barge:

I agree perception is reality. As far as us requesting a reaffirmation agreement, this is an everyday process for us so when we request them, they do not tell us that they are not sending them. They tell us they will request them from their client. We are not able to speak to the mortgage company ourselves because they, as you, are represented by counsel. Generally, if they were going to reaffirm, they would have just sent us the reaffirmation agreement and we would not have had to ask. However, in this situation, we did ask.

I did talk to Ms. Williams regarding your case when I returned back from the courthouse that day. She told me that you kept changing your mind about wanting to keep the house and wanting to let it go. I told her that I remembered you stating (when we converted you back to a chapter 7) that you were OK with surrendering the house. This is what I remember, but then you called and stated that you changed your min because you realized it would cost you just as much to move and find another place an so you wanted to keep it. So there is at least one period of time when you did convey that you wanted to surrender the house and then you changed your mind. That is my perception and my reality. I do not know that your's is different from this in that you state that you always were clear on that you wanted to keep your house. I do not think that this was the case. But I will admit, in the end you were clear that you wanted to keep your house and we did ask that you be able to reaffirm the debt. Unfortunately, it is up to he Mortgage Company to decide if they want to reaffirm or not. We generally tell our clients that they have to be current on a debt to reaffirm a debt. There have been deviations from this, however, that is usually the case.

As the Judge stated, the Mortgage Company did not advise you correctly and you were aware of the fact that I told you that they will not be upfront and cooperative with you with regard to modifying the mortgage. This is also the case with the reaffirmation. I wish you would have told me when I reached out to you in December that your house was in foreclosure. This little bit of information would have gone a long way. And I do not feel any way about you statement regarding our fees. I just wish you would have been more vocal if the fee that you were quoted was the only thing that was keeping you from keeping your meeting with us prior to your foreclosure. I would not have let $200 keep me from doing whatever I needed to do to save your house.

Unfortunately, at this stage, there is not much to do. I cannot negotiate a move out date of July for you when they are requesting that you be out by the end of February. I have never known them to do this and now you are dealing with Fannie May and not the Bank. But I will say this, and this is something that I often have to explain to client when they say that "The Mortgage Company Said........." The mortgage company that said ....... is the same mortgage company that is pushing the foreclosure. If they were in agreement with what you were trying to do, they had every opportunity to hold the foreclosure until you were able to see if you could get the case reopened to file the reaffirmation agreement. They are hardly ever upfront and honest about their intentions. That has been proven time and time again. However, we were there to help. And in this situation, we were notable to because I just feel that you did not trust us enough to do so. Regardless of whether that was the case or not, that is what I felt when 1. I tried to call you when I git your motion 2. I saw you in the courtroom and I could tell that you really did not want to discuss this with me and 3. when you summarized

your position to the Judge. I am sorry that you lost your house and we never want to see a result that does not make he client happy. However, by the same token, full disclosure is everything in this business and I do not think we had that.

I am sorry we could not help, but we are bankruptcy attorney's and we craft our art at being able to address these types of issues within the confines of the U.S. Bankruptcy Code. With your house being foreclosed, it is not property of the bankruptcy estate and the only remedies you would have would be in State court.

I am sorry again for the fact that the outcome is not what you wanted or desired. I wish we cold have been more helpful to you through this process.

Talitha "Tally" Fleming
Managing Attorney
T. Fleming & Associates, LLC

   ( ***Please Note:***: *As of Monday October 1, 2018, our Domain under cgtfbk.com has expired and we are operating solely under the domain Flemingbk.com. This being said, please make sure that your email contacts for our firm has the correct domain listed or the emails will no longer reach the recipient. For example, all of **MY** emails should read Tfleming@flemingbk,com. If you have any questions, please do not hesitate to give us a call. For your convenience, our contact information is listed below. Please make the necessary changes for your communication needs.*)

**Talitha S. Fleming, Esq.**
**Attorney at Law**
T. Fleming & Associates, LLC
4751 Best Road, Suite 180
Atlanta, Georgia 30337
(770) 220-7220 (Phone)
(770) 220-7221 (Fax)
Email - tfleming@flemingbk.com



Legal Notices: The information contained in this e-mail message is intended
only for the personal and confidential use of the intended recipient(s). The message may contain attorney-client
communications and/or attorney work product and as such is privileged and confidential. If the reader of this message is
not the intended recipient or an agent responsible for delivery of it to the intended recipient, you are hereby notified that
you have received this document in error and that any review, dissemination, distribution, or copying of this message is
strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the
original message.

[Quoted text hidden]

CivilCivil Action
No: **2019-587CD**

**HENRY COUNTY MAGISTRATE COURT**
ONE JUDICIAL CENTER SUITE 260, MCDONOUGH, GA 30253
(770) 288-7700

**Attorney or Plaintiff's Name & Address:**
WALLACH, GREGORY A
FIFTEEN PIEDMONT CENTER
3575 PIEDMONT ROAD, NE SUITE 500
ATLANTA GA 30305-
WORK: (404) 994-7610

FEDERAL NATIONAL MORTGAGE ASSOCIATION

Plaintiff

**VS**

BARGE SONYA M,
BARGE JR W SOLOMON,
ALL OTHER OCCUPANTS
Defendant

**Name and Address of Party to be Served:**
ALL OTHER OCCUPANTS
1484 GRANBY LANE
LOCUST GROVE GA 30248-

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
☐ I have this day served the defendant_____ personally with a copy of the within action and summons.

**NOTORIUS**
☐ I have this day served the defendant_____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows:
age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of the defendant.

**CORPORATION**
☐ Served the defendant_____, a corporation by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**
☑ I have this day served the above affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class, in an envelope properly addressed to the defendant(s) to answer said summons at the place stated in the summons.

**DILIGENT**
☐ Diligent search made and defendant_____ not to be found in the jurisdiction of this Court.

The defendant is required to appear before the Court for a hearing on the _____ day of _____, 20_____ at the hour and place stated in the summons.

This _30_ day of _January_, 20_19_     _S. Adams 797_
                                        Deputy

## NOTICE AND SUMMONS

To DEFENDANT:
Pursuant to law, YOU ARE REQUIRED TO FILE OR PRESENT AN ANSWER TO THIS DISPOSSESSORY WITHIN SEVEN (7) DAYS AFTER SERVICE OF THIS DISPOSSESSORY UPON YOU. YOUR ANSWER, LEGAL OR EQUITABLE DEFENSE OF COUNTER-CLAIM TO THIS DISPOSSESSORY PROCEEDING MAY BE FILED IN WRITING OR MAY BE GIVEN ORALLY TO THE CHIEF OR PRESIDING MAGISTRATE DURING REGULAR COURT HOURS. IF YOU DO NOT ANSWER, JUDGMENT BY DEFAULT/WRIT OF POSSESSION WILL BE ENTERED AGAINST YOU. If the day of answering fails on Saturday, Sunday, or a legal holiday, such time continues through the next working day of the court. The last day for answering or vacating premises will be the __6__ day of _February_, 20 _19_ or before the 7th day after service of this Affidavit and Summons.

_S. Adams 797_

Civil Civil Action
No: **2019-587CD**

**HENRY COUNTY MAGISTRATE COURT**
ONE JUDICIAL CENTER SUITE 260, MCDONOUGH, GA 30253
(770) 288-7700

**Attorney or Plaintiff's Name & Address:**
WALLACH, GREGORY A
FIFTEEN PIEDMONT CENTER
3575 PIEDMONT ROAD, NE SUITE 500
ATLANTA GA 30305-
WORK: (404) 994-7610

FEDERAL NATIONAL MORTGAGE ASSOCIATION

Plaintiff

**VS**

BARGE SONYA M,
BARGE JR W SOLOMON,
ALL OTHER OCCUPANTS
Defendant

**Name and Address of Party to be Served:**
BARGE JR, W SOLOMON
1484 GRANBY LANE
LOCUST GROVE GA 30248-

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
☐ I have this day served the defendant_____ personally with a copy of the within action and summons.

**NOTORIUS**
☐ I have this day served the defendant_____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows:
age, about _____ years; weight, about _____ pounds; height, about ____ feet and _____ inches, domiciled at the residence of the defendant.

**CORPORATION**
☐ Served the defendant_____, a corporation by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**
☒ I have this day served the above affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class, in an envelope properly addressed to the defendant(s) to answer said summons at the place stated in the summons.

**DILIGENT**
☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

The defendant is required to appear before the Court for a hearing on the _____ day of
_____, 20_____ at the hour and place stated in the summons.

This _30_ day of _January_, 20_19_

_S. Chance 797_
Deputy

## NOTICE AND SUMMONS

To DEFENDANT:
Pursuant to law, YOU ARE REQUIRED TO FILE OR PRESENT AN ANSWER TO THIS DISPOSSESSORY WITHIN SEVEN (7) DAYS AFTER SERVICE OF THIS DISPOSSESSORY UPON YOU. YOUR ANSWER, LEGAL OR EQUITABLE DEFENSE OF COUNTER-CLAIM TO THIS DISPOSSESSORY PROCEEDING MAY BE FILED IN WRITING OR MAY BE GIVEN ORALLY TO THE CHIEF OR PRESIDING MAGISTRATE DURING REGULAR COURT HOURS. IF YOU DO NOT ANSWER, JUDGMENT BY DEFAULT/WRIT OF POSSESSION WILL BE ENTERED AGAINST YOU. If the day of answering falls on Saturday, Sunday, or a legal holiday, such time continues through the next working day of the court. The last day for answering or vacating premises will be the _6_ day of _February_, 20_19_ or before the 7th day after service of this Affidavit and Summons.

_S. Chance 797_

SHERIFF'S ENTRY OF SERVICE                    SC-85-2                    CLYDE CASTLEBERRY CO., COVINGTON, GA 30015

Civil Action No. _2019-587CD_

| Superior Court | ☐ | Magistrate Court | ☐ |
| State Court | ☐ | Probate Court | ☐ |
| Juvenile Court | ☐ | | |

Date Filed _1/28/2019_

***If unable to obtain personal service, please serve by tack and mail***

Georgia, _Henry_ COUNTY

Federal National Mortgage Association

c/o Aldridge Pite LLP, Evictions Dept

Attorney's Address

Aldridge Pite c/o Eviction Department
15 Piedmont Center
3575 Piedmont Road NE, Suite 500
Atlanta, GA 30305
(404) 994-7273

Plaintiff

VS.

Sonya M Barge and W Solomon Barge Jr
And All Others

Name and Address of Party to be Served.

Sonya M Barge and W Solomon Barge Jr
And All Others

Defendant

1484 Granby Lane,
Locust Grove, GA, 30248

Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☐

I have this day served the defendant _____ personally with a copy
of the within action and summons.

_____

**NOTORIOUS** ☐

I have this day served the defendant _____ by leaving a
copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of
defendant.

_____

**CORPORATION** ☐

Served the defendant _____ a corporation
by leaving a copy of the within action and summons with _____
in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL** ☑

I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said
affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the
defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the
place stated in the summons.

_____

**NON EST** ☐

Diligent search made and defendant _____
not to be found in the jurisdiction of this Court.

This _30_ day of _January_, 20 _19_.

_S. Chance 797_

DEPUTY

SHERIFF DOCKET_____ PAGE _____

WHITE-CLERK    CANARY-PLAINTIFF    PINK-DEFENDANT